FILED
JUL 25 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:18-00146

JUSTIN MICHAEL WILSON

MOTION TO UNSEAL

Comes now the United States of America, by Joseph F. Adams, Assistant United States Attorney, for the Southern District of West Virginia and moves this Court to unseal the Indictment in this case.

Respectfully submitted,

MICHAEL B. STUART
United States Attorney

s/Joseph F. Adams

JOSEPH F. ADAMS
Assistant United States Attorney
WV State Bar No. 9620
845 Fifth Avenue
Room 209
Huntington, WV 25701
Telephone: 304-529-5799
Fax: 304-529-5545
E-mail: joe.adams@usdoj.gov