MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Southern District of West Virginia (Huntington) |
|---|---|
| Name (*under which you were convicted*): Justin Michael Wilson | Docket or Case No.: 3:18-cr-00146-1 |
| Place of Confinement: FCI Hazelton, P.O. Box 5000, Bruceton Mills, WV 26525 | Prisoner No.: 15039-088 3:22-cv-00077 |
| UNITED STATES OF AMERICA | Movant (*include name under which convicted*) V. JUSTIN MICHAEL WILSON |

FILED
FEB 15 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**MOTION**

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   United States District Court
   Southern District of West Virginia
   Huntington Division

   (b) Criminal docket or case number (if you know): 3:18-cr-00146-1

2. (a) Date of the judgment of conviction (if you know): 9/27/2019

   (b) Date of sentencing: 9/25/2019

3. Length of sentence: 360 Months + 1 Day

4. Nature of crime (all counts):

   Count 1: Carjacking, in violation of 18 U.S.C. § 2119; Count 2: Using, Carrying, or Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and (B)(ii); Count 3: Possession of a Firearm not Registered in the National Firearm Registration and Transfer Record, in violation of 18 U.S.C. §§ 5861(d) and 5871; Count 4 charged Wilson with Possession of a Stolen Firearm, in violation of 18 U.S.C. §§ 922(j) and 924(a)(2); Count 5 charged Wilson with Possession of a Machine Gun, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐ (2) Guilty ☑ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

   Guilty on Counts 3 and 5 of the Indictment.

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☑

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: United States Court of Appeals for the Fourth Circuit

(b) Docket or case number (if you know): No. 19-4732

(c) Result: Affirmed

(d) Date of result (if you know): 12/29/2020

(e) Citation to the case (if you know): US v. Justin Wilson, No. 19-4732 (4th Cir. 2020)

(f) Grounds raised:

Wilson raises two claims: (1) that there was insufficient evidence to support both convictions (Counts 1 and 2) because he lacked the required intent to cause harm to the carjacking victims; and (2) that the district court abused its discretion in denying his motion for a new trial, which was based on Wilson's assertion that the prosecution improperly withheld oral statements of key witnesses in violation of Giglio v. United States, 405 U.S. 150 (1972).

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☑ No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): No. 20-8216

(2) Result: Denied

(3) Date of result (if you know): 10/4/2021

(4) Citation to the case (if you know):

(5) Grounds raised:

N/A

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐ No ☑

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: ______

(2) Docket of case number (if you know): ______

(3) Date of filing (if you know): ______

(4) Nature of the proceeding: ______

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐ No ☐

(7) Result: ______

(8) Date of result (if you know): ______

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☐ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Ineffective Assistance of Pretrial Counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Pretrial Counsel's Failure to:
(1) Communicate with Wilson and inform him of the relevant circumstances and likely consequences of pleading guilty as opposed to proceeding to trial;
(2) Conduct an adequate and independent pretrial investigation; and
(3) Attempt to negotiate a more favorable Plea Agreement deprived Wilson of effective assistance of pretrial and plea context counsel in violation of the Sixth Amendment to the Constitution of the United States.

Please see Memorandum of Law in Support.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

Claims of ineffective assistance of counsel are not generally raised on direct appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: __________

Name and location of the court where the motion or petition was filed:

__________

Docket or case number (if you know): __________

Date of the court's decision: __________

Result (attach a copy of the court's opinion or order, if available):

__________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed:

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available):

______________________________

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available):

______________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

______________________________

**GROUND THREE:** ______________________________

______________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available):

______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☐

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:
George H. Lancaster, Jr., Room 3400, 300 Virginia St. East, Charleston, WV 25301

(b) At the arraignment and plea:
George H. Lancaster, Jr., Room 3400, 300 Virginia St. East, Charleston, WV 25301

(c) At the trial:
George H. Lancaster, Jr., Room 3400, 300 Virginia St. East, Charleston, WV 25301

(d) At sentencing:
Rhett H. Johnson, Room 3400, 300 Virginia St. East, Charleston, WV 25301

(e) On appeal:
Rhett H. Johnson, Room 3400, 300 Virginia St. East, Charleston, WV 25301

(f) In any post-conviction proceeding:
N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

N/A

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Wilson respectfully requests that the Court grant the following relief:

Vacate his conviction and sentence to start anew; alternatively, grant an Evidentiary hearing to further prove his grounds set forth above, resolve facts in dispute, expand an incomplete record or any other relief to which this Court deems that he may be entitled.

Respectfully submitted,

JUSTIN MICHAEL WILSON
REG. NO. 15039-088
FCI HAZELTON
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
BRUCETON MILLS, WV 26525
Appearing *Pro Se*

**DECLARATION OF JUSTIN MICHAEL WILSON**

I, Justin Michael Wilson, declarant herein, declare and attest to the facts in the above and foregoing Motion under 28 U.S.C. § 2255(f)(3) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody to be true and correct to the best of my knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. I placed this § 2255 Motion in the prison mailbox on the date below invoking the prison mailbox rule. See *Houston v. Lack*, 487 U.S. 266, 270 (1988).

Dated: February 9, 2022

JUSTIN MICHAEL WILSON

JUSTIN MICHAEL WILSON
REG. NO. 15039-088
FCI HAZELTON
FEDERAL CORR. INSTITUTION
P.O. BOX 5000
BRUCETON MILLS, WV 26525

February ___, 2022

Mr. Rory L. Perry II
Clerk of Court
U. S. District Court
Southern District of West Virginia
Huntington Division
845 Fifth Avenue
Huntington, WV 25701-2014

RE: *Wilson v. United States*
Civil No. 3:22-cv-______
Crim No. 3:18-cr-00146-1

Dear Mr. Perry:

Enclosed please find and accept for filing Movant's Motion under 28 U. S. C. § 2255 to Vacate, Set-Aside, or Correct Sentence and a Memorandum of Law in Support thereof. Please submit these documents to the Court.

Thank you for your assistance in this matter.

Sincerely,

[signature]
JUSTIN MICHAEL WILSON
Appearing *Pro Se*

Encls. as noted

Justin Wilson 15039-088
FCI Hazelton
P.O Box 5000
BruCEton Mills, WV 26525




U.S. MARSHALS SERVICE
X-RAYED

BY: ____________

Mr. Rory L. Perry II
Clerk of Court
U.S. District Court
Southern District of West Virginia
Huntington Division 845 fifth Avenue
Huntigton, WV 25701-2014